# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## TX 7-264-496

**Effective date of registration:**

June 7, 2010

---

## Title

**Title of Work:** Cadence PCB Systems Division Version 15.0

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** July 14, 2003     **Nation of 1st Publication:** United States

## Author

**■     Author:** Cadence Design Systems, Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Cadence Design Systems, Inc.

2655 Seely Avenue, Building 5, San Jose, CA  95134, CA, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, previously published material and licensed material

**New material included in claim:** computer program, additional and revised code and computer program

## Certification

**Name:** Lisa Greenwald-Swire

**Date:** June 7, 2010

**Applicant's Tracking Number:** 24901-0363001

**Registration #:**    TX0007264496

**Service Request #:**    1-414371621



Fish & Richardson P.C.
Lisa Greenwald-Swire
P.O. Box 1022
Minneapolis, MN 55440-1022  United States