# EXHIBIT 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-751-386**

**Effective date of registration:**

January 11, 2012

## Title
- **Title of Work:** Allegro 16.5

## Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** May 17, 2011
- **Nation of 1st Publication:** United States

## Author
- **Author:** Cadence Design Systems, Inc.
- **Author Created:** computer program
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Cadence Design Systems, Inc.
  2655 Seely Avenue, Bldg. 5, San Jose, CA, 95134, United States

## Limitation of copyright claim
- **Material excluded from this claim:** computer program, previously published material; licensed material
- **Previous registration and year:** TX0007264496  2010
- **New material included in claim:** computer program, additional and revised code and computer program

## Certification
- **Name:** Kristen McCallion
- **Date:** January 11, 2012

Page 1 of 1

Registration #: TX0007751386
Service Request #: 1-709644681



Fish & Richardson P.C.
Kristen McCallion
P.O. Box 1022
Minneapolis, MN 55440-1022  United States