# EXHIBIT 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-323-840**

Effective Date of Registration:
April 13, 2017

## Title

        Title of Work:  Allegro PCB 16.6

## Completion/Publication

    Year of Completion:  2011
  Date of 1st Publication:  October 23, 2012
Nation of 1st Publication:  United States

## Author

     •       Author:  Cadence Design Systems, Inc.
    Author Created:  computer program
  Work made for hire:  Yes
        Citizen of:  United States

## Copyright Claimant

  Copyright Claimant:  Cadence Design Systems, Inc.
                            2655 Seely Avenue, San Jose, CA, 95134, United States

## Limitation of copyright claim

Material excluded from this claim:  computer program
  Previous registration and year:  TX 7-751-386, 2012

New material included in claim:  computer program

## Rights and Permissions

  Organization Name:  Cadence Design Systems, Inc.
             Address:  2655 Seely Avenue
                           San Jose, CA 95134 United States

## Certification

                  Name:  Kristen McCallion
                    Date:  April 13, 2017
Applicant's Tracking Number:  24901-0608001

Page 1 of 2

**Registration #:** TX0008323840
**Service Request #:** 1-4754272646

Fish & Richardson PC
Kristen McCallion
P.O. Box 1022
Minneapolis, MN 55440-1022 United States