# EXHIBIT 7

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-320-016**

Effective Date of Registration:
April 06, 2017

## Title

        Title of Work:    OrCAD 16.5

## Completion/Publication

       Year of Completion:    2011
  Date of 1st Publication:    May 17, 2011
Nation of 1st Publication:    United States

## Author

        •        Author:    Cadence Design Systems, Inc.
      Author Created:    computer program
   Work made for hire:    Yes
          Citizen of:    United States

## Copyright Claimant

    Copyright Claimant:    Cadence Design Systems, Inc.
                            2655 Seely Avenue, San Jose, CA, 95134, United States

## Limitation of copyright claim

Material excluded from this claim:    computer program
 Previous registration and year:    TX 7-751-386, 2012

New material included in claim:    computer program

## Rights and Permissions

     Organization Name:    Cadence Design Systems, Inc.
                Address:    2655 Seely Avenue
                             San Jose, CA 95134 United States

## Certification

                  Name:    Kristen McCallion
                    Date:    April 06, 2017
Applicant's Tracking Number:    24901-0607001

**Registration #:**   TX0008320016
**Service Request #:**   1-4753417714

Fish & Richardson PC
Kristen McCallion
P.O. Box 1022
Minneapolis, MN 55440-1022 United States