# EXHIBIT 9

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**TX 8-320-040**

Effective Date of Registration:
April 06, 2017

Acting United States Register of Copyrights and Director

## Title

        Title of Work:    OrCAD 17.2

## Completion/Publication

    Year of Completion:    2016
  Date of 1st Publication:    April 08, 2016
 Nation of 1st Publication:    United States

## Author

                • Author:    Cadence Design Systems, Inc.
        Author Created:    computer program
     Work made for hire:    Yes
            Citizen of:    United States

## Copyright Claimant

      Copyright Claimant:    Cadence Design Systems, Inc.
                                2655 Seely Avenue, San Jose, CA, 95134, United States

## Limitation of copyright claim

 Material excluded from this claim:    computer program
    Previous registration and year:    TX 7-751-386, 2012

   New material included in claim:    computer program

## Rights and Permissions

     Organization Name:    Cadence Design Systems, Inc.
                  Address:    2655 Seely Avenue
                                    San Jose, CA 95134 United States

## Certification

                   Name:    Kristen McCallion
                    Date:    April 06, 2017
Applicant's Tracking Number:    24901-0613001

Page 1 of 2

**Registration #:** TX0008320040
**Service Request #:** 1-4754272316

Fish & Richardson PC
Kristen McCallion
P.O. Box 1022
Minneapolis, MN 55440-1022 United States