# **EXHIBIT 10**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-320-014**
Effective Date of Registration:
April 06, 2017

## Title

    Title of Work:   PSPICE 16.5

## Completion/Publication

    Year of Completion:   2011
    Date of 1st Publication:   May 17, 2011
    Nation of 1st Publication:   United States

## Author

-     Author:   Cadence Design Systems, Inc.
    Author Created:   computer program
    Work made for hire:   Yes
    Citizen of:   United States

## Copyright Claimant

    Copyright Claimant:   Cadence Design Systems, Inc.
    2655 Seely Avenue, San Jose, CA, 95134, United States

## Limitation of copyright claim

    Material excluded from this claim:   computer program
    Previous registration and year:   TX 7-751-386, 2012

    New material included in claim:   computer program

## Rights and Permissions

    Organization Name:   Cadence Design Systems, Inc.
    Address:   2655 Seely Avenue
    San Jose, CA 95134 United States

## Certification

    Name:   Kristen McCallion
    Date:   April 06, 2017
    Applicant's Tracking Number:   24901-0606001

**Registration #:** TX0008320014  
**Service Request #:** 1-4752760176

Fish & Richardson PC  
Kristen McCallion  
P.O. Box 1022  
Minneapolis, MN 55440-1022 United States