# EXHIBIT 11

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-320-008**

Effective Date of Registration:
April 06, 2017

## Title

    **Title of Work:** PSPICE 16.6

## Completion/Publication

    **Year of Completion:** 2012
    **Date of 1st Publication:** October 23, 2012
    **Nation of 1ˢᵗ Publication:** United States

## Author

    • **Author:** Cadence Design Systems, Inc.
    **Author Created:** computer program
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Cadence Design Systems, Inc.
    2655 Seely Avenue, San Jose, CA, 95134, United States

## Limitation of copyright claim

    **Material excluded from this claim:** computer program
    **Previous registration and year:** TX 7-751-386, 2012

    **New material included in claim:** computer program

## Rights and Permissions

    **Organization Name:** Cadence Design Systems, Inc.
    **Address:** 2655 Seely Avenue
    San Jose, CA 95134 United States

## Certification

    **Name:** Kristen McCallion
    **Date:** April 06, 2017
    **Applicant's Tracking Number:** 24901-0610001



**Registration #:** TX0008320008
**Service Request #:** 1-4753417433

Fish & Richardson PC
Kristen McCallion
P.O. Box 1022
Minneapolis, MN 55440-1022 United States