# EXHIBIT 12

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-319-984**

Effective Date of Registration:
April 06, 2017

## Title

        Title of Work:   PSPICE 17.2

## Completion/Publication

    Year of Completion:   2016
  Date of 1st Publication:   April 08, 2016
Nation of 1st Publication:   United States

## Author

          •   Author:   Cadence Design Systems, Inc.
      Author Created:   computer program
   Work made for hire:   Yes
          Citizen of:   United States

## Copyright Claimant

   Copyright Claimant:   Cadence Design Systems, Inc.
                           2655 Seely Avenue, San Jose, CA, 95134, United States

## Limitation of copyright claim

Material excluded from this claim:   computer program
 Previous registration and year:   TX 7-751-386, 2012

 New material included in claim:   computer program

## Rights and Permissions

    Organization Name:   Cadence Design Systems, Inc.
              Address:   2655 Seely Avenue
                           San Jose, CA 95134 United States

## Certification

                 Name:   Kristen McCallion
                  Date:   April 06, 2017
Applicant's Tracking Number:   24901-0612001



**Registration #:** TX0008319984
**Service Request #:** 1-4753417579

Fish & Richardson PC
Kristen McCallion
P.O. Box 1022
Minneapolis, MN 55440-1022 United States