# EXHIBIT 13

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-259-594**
**Effective Date of Registration:**
March 28, 2016

## Title

**Title of Work:** MMSIM 15.10 Release

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 16, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Cadence Design Systems, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Cadence Design Systems, Inc.
2655 Seely Avenue, San Jose, CA, 95134, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published material

**New material included in claim:** computer program

## Rights and Permissions

**Organization Name:** Cadence Design Systems, Inc.
**Address:** 2655 Seely Avenue
San Jose, CA 95134 United States

## Certification

**Name:** Kristen McCallion
**Date:** March 28, 2016
**Applicant's Tracking Number:** 24901.0577001

**Correspondence:** Yes

*0000TX00082595940202*

**Registration #:** TX0008259594  
**Service Request #:** 1-3195197342

Fish & Richardson PC  
Kristen McCallion  
P.O. Box 1022  
Minneapolis, MN 55440-1022 United States