# EXHIBIT 14

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-394-149**

Effective Date of Registration:
May 02, 2017

## Title

        **Title of Work:**  Spectre 16.10 Release

## Completion/Publication

        **Year of Completion:**  2016
        **Date of 1st Publication:**  November 22, 2016
        **Nation of 1st Publication:**  United States

## Author

-         **Author:**  Cadence Design Systems, Inc.
        **Author Created:**  computer program
        **Work made for hire:**  Yes
        **Citizen of:**  United States

## Copyright Claimant

        **Copyright Claimant:**  Cadence Design Systems, Inc.
        2655 Seely Avenue, San Jose, CA, 95134, United States

## Limitation of copyright claim

        **Material excluded from this claim:**  computer program
        **Previous registration and year:**  TX 8-259-594, 2016

        **New material included in claim:**  computer program

## Rights and Permissions

        **Organization Name:**  Cadence Design Systems, Inc.
        **Address:**  2655 Seely Avenue
        San Jose, CA 95134 United States

## Certification

        **Name:**  Kristen McCallion
        **Date:**  May 02, 2017
        **Applicant's Tracking Number:**  24901-0617001

**Registration #:** TX0008394149
**Service Request #:** 1-4933758487

Fish & Richardson PC
Kristen McCallion
P.O. Box 1022
Minneapolis, MN 55440-1022 United States