# EXHIBIT 15

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay Teagh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-285-328**

**Effective Date of Registration:**
March 28, 2016

## Title
        **Title of Work:** Virtuoso

## Completion/Publication
        **Year of Completion:** 2014
        **Date of 1st Publication:** July 31, 2014
        **Nation of 1st Publication:** United States

## Author
        • **Author:** Cadence Design Systems, Inc.
        **Author Created:** computer program
        **Work made for hire:** Yes
        **Citizen of:** United States

## Copyright Claimant
        **Copyright Claimant:** Cadence Design Systems, Inc.
        2655 Seely Avenue, San Jose, CA, 95134, United States

## Limitation of copyright claim
        **Material excluded from this claim:** Previously published material
        **New material included in claim:** computer program

## Rights and Permissions
        **Organization Name:** Cadence Design Systems, Inc.
        **Address:** 2655 Seely Avenue
        San Jose, CA 95134 United States

## Certification
        **Name:** Kristen McCallion
        **Date:** March 28, 2016
        **Applicant's Tracking Number:** 24901.0576001

**Correspondence:** Yes



**Registration #:** TX0008285328
**Service Request #:** 1-3183862111

Fish & Richardson PC
Kristen McCallion
P.O. Box 1022
Minneapolis, MN 55440-1022 United States