# EXHIBIT 16

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayan Teyle Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-394-148**

**Effective Date of Registration:**
May 02, 2017

## Title

| | |
|---|---|
| Title of Work: | Virtuoso (IC) 6.1.7 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | November 19, 2015 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Cadence Design Systems, Inc. |
| Author Created: | computer program |
| Work made for hire: | Yes |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Cadence Design Systems, Inc. |
| | 2655 Seely Avenue, San Jose, CA, 95134, United States |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | computer program |
| Previous registration and year: | TX 8-285-328, 2016 |
| New material included in claim: | computer program |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Cadence Design Systems, Inc. |
| Address: | 2655 Seely Avenue |
| | San Jose, CA 95134 United States |

## Certification

| | |
|---|---|
| Name: | Kristen McCallion |
| Date: | May 02, 2017 |
| Applicant's Tracking Number: | 24901-0618001 |

**Registration #:**   TX0008394148
**Service Request #:**   1-4933758302

Fish & Richardson PC
Kristen McCallion
P.O. Box 1022
Minneapolis, MN 55440-1022 United States